```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION

Shawn Lamar Williams,

        Plaintiff,

    v.                              Case No. 2:16-cv-13

Jennifer Carper, et al.,

        Defendants.
```

ORDER

Plaintiff, a state prisoner, filed this action under 42 U.S.C. §1983 against two captains at the Ross Correctional Institution (defendants Carper and Yates) and Daren Hall, another employee at the institution.  This matter is now before the court on the August 5, 2016, report and recommendation of the magistrate judge, which recommended that the court grant defendants' motion to dismiss plaintiff's amended complaint for failure to state a claim under the Eighth and Fourteenth Amendments upon which relief can be granted.

The report and recommendation specifically advised the parties that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 21, p. 6.  The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

The report and recommendation (Doc. 21) is adopted.  The motion to dismiss (Doc. 16) is granted, and this action is dismissed for failure to state a claim upon which relief can be

granted.

Date: September 8, 2016            s/James L. Graham
                                James L. Graham
                                United States District Judge